FILED - LN
May 12, 2016 10:33 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / SCANNED BY: /s/

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
113 FEDERAL BUILDING
315 WEST ALLEGAN STREET
LANSING, MICHIGAN 48933

OFFICIAL BUSINESS



Zachariah William Gregory Latnie
Clinton (MCJ)
Clinton County Jail
1347 E Townsend Rd.
Saint Johns, MI 48879



...ES OF AMERICA
...DISTRICT COURT
...DISTRICT OF MICHIGAN
...N DIVISION

Case No. 1:16-cv-443

Honorable Robert Holmes Bell

...G PLEADING OR OTHER PAPER

...e has submitted the following unsigned document,

...pus - Docket # 1

...icken from the record, without the necessity of a

...Gregory Latnie files a signature page (attached)

/s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge