To be on record

FILED - LN
June 6, 2016 1:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / SCANNED BY: MCM

Case No. 1:16-cv-443

May 31st, 2016

Request for extension of Conditional Order Striking Pleading or Other Paper

Zacharian William Gregory Latnie respectfully requests that the Court extend the alloted time given in its order dated May 6, 2016 requiring him to file a signature page within 21 days of the date of the order due to the fact that he was extradicted from the State of Michigan to the State of New York on the 5th of May, 2016. As a result of this extradiction he was unable to receive a copy of the order mailed to the Clinton County Jail on May 6, 2016 and as shown within the Docket Text this mail was not forwarded to him by the Clinton County Jail, but was returned to sender. Therefore, he was never apprised of the court order within the alloted 21 days given and never had an opportunity to submit the signature page within the required time period. Additionally, he now informs the court of his change of address from the Clinton County Jail to the Albany County Correctional Facility of 840 Albany Shaker Road, Albany, NY 12211. Any and all court related documents may be sent to Petitioner at the aforesaid address.

The foregoing is hereby signed and certified pursuant to Federal Rule of Civil Procedure 11(a).

*[signature]*