**FILED - LN**
June 6, 2016 1:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw/ SCANNED BY: /

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Zachariah William Gregory Latnie,

        Petitioner,        Case No. 1:16-cv-443

v.        Honorable Robert Holmes Bell

Wayne Kangas ,

        Respondent.

SIGNATURE PAGE FOR
[Petition for Writ of Habeas Corpus] - [Docket # 1]

        The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.

Zachariah Latnie
840 Albany Shaker Rd.
Albany, NY 12211

Albany County
Correctional Facility
840 Albany Shaker Road
Albany, NY 12211

46933-152799

Office of the Clerk
United States District Court
113 Federal Building
315 West Allegnan Street
Lansing, Michigan 48933

