

FILED - LN
July 19, 2016 10:07 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: piw      SCANNED BY: /19

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
113 FEDERAL BUILDING
315 WEST ALLEGAN STREET
LANSING, MICHIGAN 48933

OFFICIAL BUSINESS

Zachariah William Gregory Latnie
Albany County Correctional Facility
840 Albany Shaker Rd.
Albany, NY 12211

RETURN TO SENDER
NO LONGER INCARCERATED AT FACILITY

NIXIE       061   FE 1        0007/16/18
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 48933152799    *1484-02024-16-03*

$1.09
US POSTAGE
FIRST-CLASS
062S0009029586
48933
S77587.193

443

Holmes Bell

filed on behalf of

a Kendall Latnie

ed on subsequent

ate of New York

he form petition

. Mich. LCivR

shes to proceed

Court directs the

writ of habeas

iling his habeas

petition on the requisite form within 28 days from the date of entry of this order. The case number shown above must appear on the front page of the amended petition. Petitioner must file an original