UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ZACHARIAH WILLIAM GREGORY LATNIE,

        Petitioner,               Case No. 1:16-cv-443

v.

                                 Honorable Robert Holmes Bell

WAYNE KANGAS,

        Respondent.
_____/

## ORDER

On July 6, 2016, the Court entered an order to file amended petition (ECF No. 7) directing Petitioner to file his application for habeas corpus relief on the form petition provided by the Court as required by rule. *See* Rule 2(d), RULES GOVERNING § 2254 CASES; W.D. Mich. LCivR 5.6(a). The Court allowed 28 days for Petitioner to comply. Petitioner was warned that if he failed to comply his petition could be dismissed without prejudice.

More than 28 days have elapsed. Petitioner did not submit an amended petition. The Court's order directing Petitioner to file the amended petition was returned as not deliverable (ECF No. 9) even though it was sent to the address provided by Petitioner. Because Petitioner has failed to comply with the Court's order, dismissal of this action without prejudice for want of prosecution is appropriate. Therefore, the Court will issue a Judgment dismissing the action without prejudice.

Dated: <u>August 18, 2016</u>                                /s/ Robert Holmes Bell
                                                                             ROBERT HOLMES BELL
                                                                             UNITED STATES DISTRICT JUDGE