UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZACHARIAH WILLIAM GREGORY LATNIE,

        Petitioner,         Case No. 1:16-cv-443

v.

                                  Honorable Robert Holmes Bell

WAYNE KANGAS,

        Respondent.
                                           /

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated: August 18, 2016                               /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE